# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OKLAHOMA

| KATHRYN TAYLOR, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-525-GKF-JFJ |
| AIG PROPERTY CASUALTY COMPANY and INTEGRO USA INC., | ) |
| Defendants. | ) |

# ORDER

The Court has for its consideration the parties' Joint Motion to Amend the February 8, 2018 Scheduling Order (the "*Joint Motion*"; Docket No. 40). After due consideration,

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and therefore the Court's February 8, 2018 Scheduling Order (Docket No. 35) is hereby amended and superseded by the following schedule:

| 1 | 10.15.18 | EXCHANGE OF PRELIMINARY WITNESS LISTS AND EXHIBITS (Not Filed of Record) |
| --- | --- | --- |
| 2. | 10.15.18 | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS (Under Fed. R. Civ. P. 26(a)(2)) (Not Filed of Record) |
| 3 | 10.29.18 | DEFENDANTS' EXPERT IDENTIFICATION & REPORTS (Under Fed. R. Civ. P. 26(a)(2)) (Not Filed of Record) |
| 4. | 11.12.18 | DISCOVERY CUTOFF (Interrogatories and Rule 34 Requests must be made 30 days in advance of this date) |
| 5. | 12.06.18 | DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS |
| 6. | 12.06.18 | MOTIONS *IN LIMINE* (Attorney meeting to resolve issues required before filing) |
| 7. | **02.11.19** | **HEARING ON DISPOSITIVE MOTIONS at 1:30 p.m.** |

| | | |
|---|---|---|
| 8. | 02.12.19 | DEPOSITION/VIDEOTAPE/INTERROGATORY DESIGNATIONS<br>(File pleading with deponent name, page and line designations) |
| 9. | 02.19.19 | COUNTER-DEPOSITION/VIDEOTAPE/INTERROGATORY DESIGNATIONS<br>(File pleading with deponent name, page and line designations) |
| 10. | 02.26.19 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED<br>(Attorney Meeting to resolve objections required before filing) |
| 11. | 02.22.19 | PRETRIAL DISCLOSURE<br>(Under Fed. R. Civ. P. 26(a)(3)) |
| 12. | 03.01.19 | AGREED PROPOSED PRETRIAL ORDER<br>(Including Final Witness & Exhibit Lists With Objections) |
| 13. | **03.07.19** | **PRETRIAL CONFERENCE at 9:30 a.m.** |
| 14. | 03.18.19 | REQUESTED JURY INSTRUCTIONS; REQUESTED *VOIR DIRE* & TRIAL BRIEFS |
| 15. | **03.25.19** | **JURY TRIAL DATE at 9:30 a.m.** |

IT IS SO ORDERED this 24th day of April, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE

2