**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KATHRYN TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cv-525-GKF-JFJ |
| ) | |
| AIG PROPERTY CASUALTY COMPANY ) | |
| and INTEGRO USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| INTEGRO USA, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| RONALD WATSON, ) | |
| ) | |
| Third-Party Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*
OF ALL CLAIMS**

COME NOW, Plaintiff Kathryn Taylor ("*Taylor*"), Third-Party Defendant Ronald "Ronnie" Watson ("*Watson*"), Defendant AIG Property Casualty Company ("*AIGPCC*"), and Defendant and Third-Party Plaintiff Integro USA Inc. ("*Integro*")(Taylor, Watson, AIGPCC, and Integro hereinafter referred to collectively as the "*Parties*"), and pursuant to F.R.C.P. 41, the Parties advise the Court that the claims against Defendants AIGPCC and Integro by Taylor have been settled and that, accordingly, the Parties jointly stipulate to the dismissal *with prejudice* of the claims asserted against Defendants AIGPCC and Integro. The Parties further advise that the claims against Third-Party Defendant Watson by Third-Party Plaintiff Integro have been settled and that, accordingly, the Parties jointly stipulate to the dismissal *with prejudice* of the claims asserted against Third-Party Defendant Watson.

1

Each party shall be responsible for their respective attorney fees and costs.

Dated this 9th day of December, 2019.

                By: */s/ J. Revell Parrish*
                    Reggie N. Whitten, OBA #9576
                    Michael Burrage, OBA #1350
                    J. Revell Parrish, OBA #30205
                    WHITTEN BURRAGE
                    512 North Broadway Avenue, Suite 300
                    Oklahoma City, OK 73102
                    Telephone:  (405) 516-7800
                    Facsimile:   (405) 516-7859
                    **ATTORNEYS FOR PLAINTIFF**
                    **AND THIRD-PARTY DEFENDANT**

                AND

                By: *s/ Malinda S. Matlock*
                    Malinda S. Matlock, OBA No. 14108
                    Daniel Hoehner, OBA No. 10852
                    John C. Lennon, OBA No. 30149
                    PIERCE COUCH HENDRICKSON
                     BAYSINGER & GREEN, L.L.P.
                    1109 North Francis Avenue
                    Oklahoma City, Oklahoma 73106
                    Telephone:  (405) 235-1611
                    Facsimile:  (405) 235-2904
                    **ATTORNEYS FOR DEFENDANT,**
                    *AIG Property Casualty Company*

                AND

                By: *s/Kristopher E. Koepsel*
                    Kristopher E. Koepsel, OBA #19147
                    RIGGS, ABNEY, NEAL, TURPEN,
                    ORBISON & LEWIS
                    502 West Sixth Street
                    Tulsa, Oklahoma 74119-1010
                    (918) 587-3161 – Telephone
                    (918) 587-9708 – Facsimile

and

By: */s/ Joseph R. Farris*
Joseph R. Farris, OBA #2835
Emily D. Pearson, OBA #31602
FRANDEN, FARRIS, QUILLIN
  GOODNIGHT + ROBERTS
2 West 2nd Street, Suite 900
Tulsa, Oklahoma 74103
918/583-7129 Phone
918/584-3814 Fax

**ATTORNEYS FOR DEFENDANT**
*Integro USA Inc.*

## CERTIFICATE OF MAILING

I hereby certify that on this 9th day of December, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Reggie N. Whitten
Michael Burrage
J. Revell Parrish
Malinda S. Matlock
John C. Lennon
Dan Hoehner
Joseph R. Farris
Emily D. Pearson

*s/*Kristopher E. Koepsel
Kristopher E. Koepsel